## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR DANILO SERRANO MELGAR, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>NEW JAPAN, INC.<br><br>    Defendant. | Case No. 1:16-cv-01528-EGS |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action against Defendant *with prejudice*, each party to bear its own costs.

Date: September 15, 2016

Respectfully submitted,

/s/ Justin Zelikovitz, Esq.
Justin Zelikovitz, #986001
LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com
*Counsel for Plaintiffs*

/s/Timothy R. Clinton
Timothy R. Clinton, #497901
CLINTON BROOK & PEED
1455 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20004
Phone: (202) 621-1828
Fax: (202) 204-6320
tim@clintonbrook.com
*Counsel for Defendant*